UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. #2016-MJ-2008-MBB-02

_____

UNITED STATES

v.

ESSAM SAKKAL

_____

**DEFENDANT'S MOTION TO DISMISS COMPLAINT**

Essam Sakkal, defendant in the above-captioned criminal case, hereby moves this Court, pursuant to 18 U.S.C. §§ 3161(a) and 3162(a)(1), to dismiss the pending criminal complaint. As grounds therefore, defendant avers as follows:

1. The defendant, who was arrested on this complaint in Warsaw, Poland on April 20, 2016, was extradicted to the United States and had his initial appearance before the Court on May 12, 2017.

2. More than 30 days has elapsed since said initial appearance, and the government has not filed either an Information or Indictment charging him with the commission of an offense. Pursuant to the Speedy Trial Act, "such charge against that individual contained in such complaint shall be dismissed or otherwise dropped." 18 U.S.C. § 3162(a)(1).

Accordingly, the pending criminal complaint should be dismissed and the defendant discharged from custody forthwith since he is currently being held pursuant to an Order of Voluntary Detention without Prejudice entered by the Court on May 24, 2017.

Respectfully submitted,

**ESSAM SAKKAL**

By his attorney,

/s/ James L. Sultan
James L. Sultan, BBO #488400
Rankin & Sultan
151 Merrimac Street, 2nd Floor
Boston, MA 02114
(617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 16, 2017.

/s/ James L. Sultan